August 8, 2016

Statement Concerning Race and Age Discrimination

4:16cv574-SWW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 09 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| My Name | School District Name |
|---|---|
| Patricia Smith | Pulaski County Special School District |
| P. O. Box 20133 | 925 Dixon Road |
| White Hall, AR 71612 | Little Rock, AR 72206 |
| (870) 550-9785 | (501) 234-2000 |

EEOC Charge No.

493-2015-01338

This case assigned to District Judge Wright

and to Magistrate Judge Ray

    I am writing this statement concerning race and age discrimination against the Pulaski County Special School District and I believe that I have been racially discriminated and age discriminated. I am in my 21st year of teaching and I am entering my 14th year in the Pulaski County Special School District.

    I believe that I have been racially discriminated and age discriminated because the Pulaski County Special School District hired in a causian female, younger than I, and with less teaching experience from outside of the district. I requested a transfer from Maumelle Middle school to Mills High school and I didn't get hired. My transfer request was requested before the Pulaski County Special School District hired in a causian female, younger than I and with less teaching experience. I requested this transfer from Maumelle Middle school to Mills High school and the original copy of the transfer form could not be located at the Pulaski County Special School District office. I had to e-mail my copy of the transfer form listing a transfer from Maumelle Middle school to Mills High school to the Equal Employment Opportunity Commission office. (SEE ATTACHED FORM).

Patricia Smith
P. O. Box 20133
White Hall, AR  71612
Page 2

My belief as to why the tranfser form could not be located was to not hire me at all at Mills High school, but I deserve a chance just like everyone else.  I belive I was racially discriminated and age discriminated and both played a factor in the hiring process, because I didn't get hired in.

It is with great regreat that I didn't get hired in.  This has affected me mentally and physically.  It has caused me to have pain and I have suffered tremendously and the drive itself is terrifying because of the proximity.  This is too much to handle.  Because of a long drive, I am mentally drained and stressed from not being hired in.  My determination and devotion as being a great educator has instilled me to continue to make the drive to Maumelle Middle school.  It has also pursued me to push my felling aside as best I can to  continue to educate the students of today.

I was raised around four wonderful educators during the mid 60's.  I then developed a passion for teaching in the years to come.   I enjoy it and I furthered  my education  as my parents instilled in me.  Teaching has been my life and I love it.  I never thought that I would be racially discriminated and age discriminated, and these two things has never crossed my mind.  Teaching children today takes me back to memories when I was a child growing up and I will never forget those wonderful years.

In conclusion, this has been a hardship for me created by the Pulaski County Special School District.  My desire to drive to Maumelle Middle school is physically and mentally distrubing to me.  I requested this transfer to Mills High school and I am  presently teaching at Maumelle Middle school.   I did not get hired and I believe that I have been racially discriminated and age discriminated.

Patricia Smith
P. O. Box 20133
White Hall, AR  71612
Page 3

*[signature: Patricia Smith]*     *Aug. 8, 2016*
_____     _____
Patrica Smith                                         Date

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Patricia Smith<br>P.O. Box 20133<br>White Hall, AR 71612 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2015-01338 | Tyrone Y. Blanks,<br>Investigator | (501) 324-5083 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

William A. Cash, Jr. (signature)     MAY 13 2016

William A. Cash, Jr.,
Area Office Director     *(Date Mailed)*

Enclosures(s)

cc:    Jerry Guess
Superintendent
PULASKI COUNTY SPECIAL SCHOOL DISTR
925 Dixon Road
Little Rock, AR 72206

George J. Bequette, Jr. Esq.
Bequette & Billingsley P.A.
425 West Capitol Avenue
Suite 3200
Little Rock, AR 72201-3469

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# Teacher Transfer Request Form

## Pulaski County Special School District

Teachers have the right to request a transfer to another school within the Pulaski County Special School District in accordance with the Transfer Policy Article V.

**PART I**

I, _Patricia Smith_ request to be transferred from _Maumelle Middle_ school to _Mills High_

School or Area to teach _Voc. Business Education_
Grade and/or Subject

Date transfer to become effective _School Year 2015-2016_

_Patricia Smith_    _Apr. 22, 2015_    _Ryan Burgess_    _4/27/15_
Teacher's Signature    Date    Principal's Signature    Date

NOTE: Send all three copies to Personnel

NOTE: Principal's signature denotes acknowledgement of request only.

**Part II    ACKNOWLEDGEMENT OF REQUEST FOR TRANSFER**

_Ryan Burgess_    _4/27/15_    _Maumelle Middle_
PRINCIPAL'S SIGNATURE    DATE    SCHOOL

_Diane Clay_    NOTE: Return yellow copy to teacher    _M/h_

**Part III    TEACHER TRANSFER RECOMMENDATION**

I recommend transfer of _____
Teacher

to teach _____ at
Grade and/or Subject

_____ School.

Effective date for transfer _____

_____    _____    _____    _____
Principal's Signature    Date    Asst. Supt.-Personnel    Date