IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| PATRICIA SMITH, | * |
| Plaintiff, | * |
| vs. | *   No. 4:16CV00574 SWW |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, | * |
| Defendant. | * |

**ORDER**

Pending is plaintiff's Application to Proceed Without Payment of Fees and Affidavit. The application is incomplete because plaintiff failed to state her take-home salary or wages and pay period or to give the name and address of her employer. Plaintiff is ordered to re-file a completed application stating her take-home salary or wages and pay period and the name and address of her employer by August 29, 2016. Failure to re-file a completed application will result in denial of her request to proceed without payment of fees. The Clerk is directed to send plaintiff a new Application to Proceed Without Payment of Fees and Affidavit along with this Order.

SO ORDERED this 15th day of August, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE